# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

FCCI INSURANCE COMPANY                                    PLAINTIFF

v.                              No. 3:24-cv-66-DPM

CHRISTOPHER M. BENNETT;
MICHELLE BENNETT;  and MASTER
ROOF AND REMODEL, LLC                                    DEFENDANTS

## ORDER

For the reasons stated on the record, the motions, *Doc. 26, 28, 30 & 37* are reinstated.  The motions to deem the requests for admission admitted, *Doc. 26, 28 & 30*, are denied.  The defendants' time to respond to the requests for admissions is reopened and extended to 28 August 2026.  The defendants' time to respond to the motion for summary judgment, *Doc. 37*, is extended to the same date.  FCCI may reply within fourteen days of the defendants' response to the motion for summary judgment.  The Court appreciates FCCI's willingness to provide supplemental documentation to the defendants by 29 July 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_24 July 2026_